**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Cause number:      01-13-00894-CR; 01-13-00895-CR

Style:      Julio Alvarado

      **v** The State of Texas

Date motion filed*:      May 5, 2014

Type of motion:      Motion to Extend Time for Filing Response to Anders Brief

Party filing motion:      Appellant

Document to be filed:      Response to Anders Brief

If motion to extend time:

      Deadline to file document:

      Number of previous extensions granted:

      Length of extension sought:

Ordered that motion is:

      ☐      Granted
            If document is to be filed, document due:

            ☐   The Clerk is instructed to file the document as of the date of this order
            ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐      Denied

      ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

      ☑      Other

      On May 5, 2014, appellant filed a letter (1) alleging that he has not received a copy of the Anders brief filed by his appointed counsel and (2) requesting access to other documents in the record. We construe appellant's letter as a motion to extend the time for filing his response to counsel's Anders brief and grant appellant an extension to **June 27, 2014** to file his response. The clerk of this Court will provide appellant with a copy of (1) counsel's Anders brief, (2) the trial court clerk's record, and (3) the trial court reporter's record.

Judge's signature: /s/ Michael Massengale
            ☑ Acting individually    ☐ Acting for the Court

            Panel consists of _____.

Date: May 7, 2014